FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 02 2021

TAMMY H. DOWNS, CLERK
By: _____ Tammy C. _____ CLERK
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA              )      No. 4:21CR 00219 SM
                                      )
v.                                    )      18 U.S.C. § 922(n)
                                      )
MICHAEL SULLIVAN                      )
LAMEL YANCY                           )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

A.     On or about September 1, 2021, the defendant,

MICHAEL SULLIVAN,

was then under felony information for a crime punishable by imprisonment for a term exceeding

one year, to wit:

1.   Aggravated Assault, in Pulaski County, Arkansas, Circuit Court in Case

Number 60CR-20-3085; and

2.   Theft by Receiving of a Firearm, in Pulaski County, Arkansas, Circuit Court

in Case Number 60CR-20-2485.

B.     On or about September 1, 2021, in the Eastern District of Arkansas, the defendant

MICHAEL SULLIVAN

did knowingly receive a firearm, in and affecting commerce, that is:  a 17 Design, model 17DM-

15, multi-caliber pistol, bearing serial number 20-00035, in violation of Title 18, United States

Code, Section 922(n).

1

## COUNT 2

A.    On or about September 1, 2021, the defendant,

LAMEL YANCY,

was then under felony information for a crime punishable by imprisonment for a term exceeding one year, to wit:

1.  Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-17-1527;

2.  Battery 1st, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-17-4377;

3.  Residential Burglary, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-18-1853.

B.    On or about September 1, 2021, in the Eastern District of Arkansas, the defendant

LAMEL YANCY

did knowingly receive a firearm, in and affecting commerce, that is:  a American Tactical, model Omni Hybrid, multi-caliber pistol, bearing serial number NS267708, in violation of Title 18, United States Code, Section 922(n).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, MICHAEL SULLIVAN shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 2 of this Indictment, LAMEL YANCY shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]